Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATHUS KLIPPER and TONYA KEYS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | NO. C05-5355RJB<br><br>ORDER GRANTING<br>SUMMARY JUDGMENT |

　　This Court having reviewed Plaintiffs' Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure and the Plaintiffs' record, and the Defendant not opposing Plaintiffs' motion; does hereby find and **ORDER:**

　　Plaintiffs' motion for summary judgment is **GRANTED.** Defendant is adjudged to have been negligent with regard to the collision between vehicle of Defendant's agent Ronald Malamphy and that of the Plaintiffs on June 7, 2002. The nature and extent of Plaintiffs' injuries and damages, if any, are the remaining issues for trial.

　　Dated this 14th day of July, 2006

　　　　　　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge

Presented by:

/s/ John E. Turner
John E. Turner, WSBA#14824
Attorney for Plaintiffs

**C05-5355RJB – ORDER GRANTING SUMMARY JUDGMENT- 1**

JOHN E. TURNER, PLLC
ATTORNEY AT LAW
545 McPHEE RD. SW
OLYMPIA, WA  98502
(360) 754-5844